**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| RE: ) | |
| ) | |
| SEAN ERIC McGEOGHEGAN ) | Case No.  07-11150-SSM |
| LAURIE WEBB MCGEOGHEGAN ) | Chapter 7 |
| ) | |
| _____ Debtors ) | |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| Verizon - Bankruptcy Dept.<br>3900 Washington Street<br>Wilmington, DE 19802 | $11.32 |

December 11, 2009                     /s/ Gordon P. Peyton
                                      Gordon P. Peyton
                                      Trustee in Bankruptcy
                                      510 King Street, Suite 301
                                      Alexandria, VA 22314
                                      (703) 684-2000
                                      Virginia State Bar #5155